<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8122**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICIA DERBAUM,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Falcon B. Hawkins, Senior District Judge. (CR-97-453, CA-00-1372-2-11)

———————

Submitted: March 21, 2002          Decided: March 28, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Susan Graham James, Montgomery, Alabama, for Appellant. Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Derbaum seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Derbaum, Nos. CR-97-453; CA-00-1372-2-11 (D.S.C. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED